UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00247-TFH |
| | ) | |
| BRADLEY WEEKS, ET. AL., | ) | Arraignment: May 28, 2021 |
| Defendant. | ) | |

### NOTICE OF APPEARANCE

The United Stated of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia and Assistant United States Attorney Jamie Carter, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

 /s/ *Jamie Carter*
Jamie Carter
Assistant United States Attorney
D.C. Bar No. 1027970
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6741
Jamie.Carter@usdoj.Gov

### CERTIFICATE OF SERVICE

On this the 20th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

 /s/ *Jamie Carter*
Jamie Carter
Assistant United States Attorney

1