UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-247 (1) (TFH) |
| : | |
| **BRADLEY WEEKS,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
## FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.  Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and was given permission to represent to the court that the Defendant does not oppose the relief requested in the motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar Number 481052

By:          /s/
                                        Kathryn E. Fifield
                                        Trial Attorney, Detailee
                                        Jamie Carter
                                        Assistant United States Attorney
                                        U.S. Attorney's Office for the District of Columbia
                                        601 D St. NW
                                        Washington, D.C. 20530
                                        Kathryn.fifield@usdoj.gov
                                        (202) 320-0048