UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADLEY WAYNE WEEKS,<br><br>　　　　　　Defendant. | Case No.  21-cr-00247 (TFH) |

# ORDER

Having considered Defendant's Motion to Dismiss Count One of the Indictment [ECF No. 53], the government's Opposition [ECF No. 60], and Defendant's Reply [ECF No. 66], and the oral arguments of counsel, and for the reasons stated in the bench opinion on the public record during the August 30, 2022 ZOOM pretrial motions hearing and in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Defendant's Motion to Dismiss Count One of the Indictment is **DENIED**.

**SO ORDERED**.

October 14, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Thomas F. Hogan
　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE