UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.    Case No.: 1:21-cr-00247

**BRADLEY WEEKS,**

      **Defendant.**

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c), Defendant moves for the admission and appearance of attorney Elizabeth L. White *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Elizabeth L. White, filed herewith.

1. As set forth in Ms. White's declaration, she is admitted and an active member in good standing with the following courts and bars: the Florida Bar, the Oregon Bar, the Eleventh Circuit Court of Appeals, the United States District Court for the Middle District of Florida, and the United States District Court for the Northern District of Florida.

2. As set forth in the accompanying declaration, she has not been disciplined by any bar.

3. As set forth in the accompanying declaration, she has not previously sought admission in this Honorable Court *pro hac vice*.

4. As set forth in the accompanying declaration, she does not engage in the practice of law from an office within the District of Columbia.

5. Attorneys for the United States of America do not oppose the relief sought herein.

This motion is supported and signed by Bryan DeMaggio, an active and sponsoring member of the Bar of this Court.

WHEREFORE, Defendant respectfully requests this Honorable Court enter its Order granting Ms. White admission *pro hac vice*.

Dated: December 7, 2022

                                                    Respectfully submitted,

                                                    /s/ Bryan E. DeMaggio
                                                    Bryan E. DeMaggio, Esquire
                                                    Florida Bar No.:   055712
                                                    Matthew R. Kachergus, Esquire
                                                    Florida Bar No.:   503282
                                                    Sheppard, White, Kachergus, & DeMaggio, P.A.
                                                    215 Washington Street
                                                    Jacksonville, Florida 32202
                                                    Telephone: (904) 356-9661
                                                    Facsimile: (904) 356-9667
                                                    Email: sheplaw@sheppardwhite.com
                                                    COUNSEL FOR DEFENDANT