NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.                                          Criminal Number   1:21-cr-00247-TFH-1

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐   CJA            ☐   RETAINED            ☐   FEDERAL PUBLIC DEFENDER

*/s/ Elizabeth L. White*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

(Attorney & Bar ID Number)

Sheppard, White, Kachergus, & DeMaggio, P.A.
*(Firm Name)*

215 Washington St.
*(Street Address)*

Jacksonville, Florida 32202
*(City)            (State)            (Zip)*

(904) 356-9661
*(Telephone Number)*

Respectfully submitted,

*/s/ Elizabeth L. White*
Elizabeth L. White, Esquire
Florida Bar No.:  314560
Matthew R. Kachergus, Esquire
Florida Bar No.:  503282
Bryan E. DeMaggio, Esquire
Florida Bar No.:  055712
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Sheppard, White, Kachergus, & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 8, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Jamie Carter, Assistant U.S. Attorney**
**Kathryn E. Fifield, Trial Attorney, U.S. Department of Justice**
**U.S. Attorney's Office for the District of Columbia**
**555 Fourth Street, NW**
**Washington, DC 20530**

*/s/ Elizabeth L. White*
ATTORNEY