**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00247 (TFH)** |
| **v.** | : | |
| | : | |
| **BRADLEY WAYNE WEEKS,** | : | |
| | : | |
| **Defendant.** | : | |

## AGREEMENT RE: TRANSCRIPTION OF SELECT EXHIBITS

The parties hereby jointly submit these transcriptions of audio on the below listed exhibits.

1.15

I found out there's a metro right at the bottom of our hotel, and it goes all the way to the White House where we can get off 3 blocks from the White House and walk to it.  And then go from the White House to the Capitol Building and from there we can ride the metro back here to the Embassy Suites.

1.32

We are marching to the Capitol building, Ladies and Gentlemen, to show these Congressmen who runs America.

1.38

…breached the Capitol.  I'm going in, we're going in.

1.40

We've reached the steps.  We've had to climb scaffolding.  We've had to climb ladders.  We've had to break things to get through, but we've gotten through.  We've gotten through, and we are taking back the Capitol!  We're taking back our country!  This is our 1776!  This is where it's gonna happen! This is where Tyranny will fall!  This is where America will rise!  Look at this, America!  Look at this!


1.88

I forgot to tell you that I played medic today.  That, when we went in and they started pepper spraying us, some guys in front of us got the worst of it.  I mean their eyes were so red.  So I had like 3 or 4 bottles of water in my backpack.  And they were like laying on the ground, so I'm like medic down there.  I got their eyes open, I'm pouring water in there helping 'em all out of my backpack so the water came in handy.   It helped some patriots.  Cause they were rubbing their eyes with that water and it was helpin.


Respectfully Submitted,

Matthew Kachergus
Elizabeth White
Counsel for Bradley Weeks

Jamie Carter
Assistant United States Attorney
Kathryn E. Fifield
Trial Attorney