# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE. NO. 21-CR-00247 |
| | : | |
| BRADLEY WAYNE WEEKS, | : | |
| | : | |
| Defendant. | : | |

## JOINT SCHEDULING MOTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the court issue a scheduling order for sentencing in this case. The parties propose the following schedule for the court's review:

| | Proposed Dates |
| --- | --- |
| Final Presentence Investigation | May 26, 2023 |
| Party Briefs | June 16, 2023 |
| Response Briefs | June 30, 2023 |
| Sentencing | July 11, 2023 |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:      /s/_____
JAMIE CARTER
D.C. Bar No. 1027970
ASSISTANT UNITED STATES ATTORNEY
601 D STREET, N.W., ROOM 4.210
WASHINGTON, DC 20530

1

        (202) 252-6741
        Jamie.Carter@usdoj.gov

By:    /s/_____
        Kathryn E. Fifield
        Trial Attorney
        U.S. Department of Justice, Criminal Division
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 320-0048
        Kathryn.fifield@usdoj.gov


        /s/_____
        Matthew R. Kachergus, Esquire
        Florida Bar No: 503282
        Elizabeth L. White, Esquire
        Florida Bar No.: 314560
        Sheppard, White, Kachergus, & DeMaggio, P.A.
        215 Washington Street
        Jacksonville, Florida 32202
        Telephone: (904) 356-9661
        Facsimile: (904) 356-9667
        Email: sheplaw@sheppardwhite.com
        COUNSELS FOR THE DEFENDANT