# EXHIBIT 5

FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

Date of entry     01/25/2021

**BRADLEY WAYNE WEEKS**, date of birth (DOB) ▮▮▮▮, Social Security Account Number (SSAN) ▮▮▮▮, Florida Drivers License Number ▮▮▮▮, was interviewed at the Federal Bureau of Investigation - Jacksonville Field Office, which is located at 6061 Gate Parkway in Jacksonville, Florida. After being advised of the identity of the interviewing Agent and Task Force Officer and the nature of the interview, WEEKS provided the following information:

*The below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview. Communications by the parties in the interview room were electronically recorded. The recording captures the actual words spoken.*

Since WEEKS was being detained pursuant to a warrant arrest, he was advised of and subsequently provided with a copy of his Miranda rights via FBI Form FD-395; which he signed, acknowledged, and indicated that he understood.

WEEKS subsequently signed an FD-26 Consent to Search form; thus granting Agent(s)/Investigators consent to conduct a physical search of his cellular telephonic device. This particular device was described as being a Samsung Brand Android Model Black in Color Verizon Wireless Cellular Telephone with an assigned number of 904-509-3500. WEEKS granted consent to search all applications, social media accounts, images, videos, messages, emails, etc.; and all other contents including contacts.

Post Miranda, WEEKS confessed to entering the United States Capitol Building in Washington, District of Columbia on 01/06/2021.

WEEKS was presented with photographic images of an individual within the Capitol Building. WEEKS confirmed that it was him who was in fact depicted in the images. WEEKS said that CARLTON was not the other individual depicted

UNCLASSIFIED//FOUO

Investigation on  01/21/2021  at  Jacksonville, Florida, United States (In Person)

File #  176-WF-3366759-WEEKS                                      Date drafted  01/22/2021

by  MCLEOD JOSHUA A

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED//FOUO

176-WF-3366759-WEEKS

Continuation of FD-302 of (U) To Document the Post-Arrest Interview of Bradley Wayne Weeks , On 01/21/2021 , Page 2 of 4

behind him; and that he did not know who that person was.

WEEKS was presented with two additional photographic images. WEEKS advised that he recognized the person depicted in both of the images as being: **DANNY CARLTON**. According to WEEKS, CARLTON is a Correctional Officer for the Bradford County Sheriff's Office and works at the Raiford State Prison near Lake Butler, Florida. WEEKS admitted that both he and CARLTON traveled together from FL to DC. While in DC, WEEKS and CARLTON shared a room at a hotel on Chevy Chase Drive. The hotel was either the Embassy Suites or the Hyatt Regency. WEEKS' wife booked the room for them. WEEKS advised that CARLTON had also entered the Capitol Building. CARLTON is a close friend of WEEKS' wife (**DAPHNEY CHRISTINE WEEKS**). CARLTON was part of WEEKS' wedding, and actually walked WEEKS' wife down the aisle. Aside from CARLTON, WEEKS doesn't know anyone else who attended the rally, participated in the march, or entered the Capitol Building.

WEEKS advised that on 01/20/21, CARLTON contacted him and let him know that the FBI had interviewed him. CARLTON enquired of WEEKS as to whether or not the FBI had contacted him yet or not. WEEKS said that CARLTON told him that he entered the Capitol Building but that he didn't want to. WEEKS advised that CARLTON claimed he was forced into entering the building by individuals wearing fatigues behind him. CARLTON told WEEKS that when he attempted to turn around, that individuals in the crowd threatened to harm CARLTON and his family if he turned back now. WEEKS said that CARLTON claimed he hurt his head and that his leg was burning. WEEKS thinks that CARLTON now has back problems as a result of this incident. WEEKS told the interviewing Agent and Task Force Officer that the first time he had ever heard of this story was when CARLTON contacted him after being interviewed by the FBI.

WEEKS expressed that he was not a violent individual and that he was just caught up in passion and emotion. WEEKS admitted to live streaming and posting content on social media; including his Facebook group "FRAUD 2020", which he created. WEEKS advised the group initially started off small, but had ultimately reached approximately 16,000 followers prior to being taken down by Facebook.

In addition to Facebook, WEEKS claimed to also access and utilize the

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

176-WF-3366759-WEEKS

Continuation of FD-302 of (U) To Document the Post-Arrest Interview of Bradley Wayne Weeks, On 01/21/2021, Page 3 of 4

following social media and messaging applications: Twitter, Redditt (for the Q-Board), Parlor, Telegram, GAB, 8CHAN and follows The "Q" (QAnon). However, WEEKS indicated that as of late, he has deleted a bunch of his posts and content, and that he has gotten off of Facebook and Twitter.

WEEKS was asked specifically about some of his social media posts and the identities of the individuals within the comments thread. WEEKS said that he does not know SHAUNA SOWERSBY. WEEKS said that TERESSA TAYLOR is possibly the sister of ROSEMARY FARNESSI, and that they are both older ladies. JOHN HENDERSON is WEEKS' cousin. CAROLYN COWART is WEEKS' grandmother. MATTLEY is unknown. CRIER HEATHER is a former schoolmate. GREG GAINEY is a fellow church congregation member.

WEEKS advised that he embellished some of his statements on video and also on various social media posts. WEEKS recanted his post of seeing blood on the floor from the woman who was shot in the neck. WEEKS advised that the blood he actually saw was on the floor of the Capitol in the 1st hallway; and that it could've been from anyone. WEEKS claimed that the shooting incident had already transpired prior to his entry. WEEKS said that he does not know the woman who was shot.

WEEKS also recanted his post about being sprayed with gas. WEEKS advised that what actually transpired was that he breathed in a cloud of smoke. WEEKS also recanted the statement that "flash bombs" were going off all around him. WEEKS claimed that although he knew they were going off, they weren't actually going off in his direct vicinity.

Throughout the duration of the interview, WEEKS was cooperative with the interviewing Agent and Task Force Officer. WEEKS expressed remorse for what transpired and indicated that that was never his intent. WEEKS accepted responsibility for his actions. However, WEEKS expressed that he did not feel like he did anything wrong. WEEKS claimed that he was merely supporting the President and opposing what he believed to be the results of a fraudulent election; and ensuring that his voice was being heard.

For future reference and investigative purposes, the electronically recorded interview, as well as a copy of the FD-395 Advice of Rights Form (FBI), FD-26 Consent To Search Form (FBI), and Original Notes taken during the

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

176-WF-3366759-WEEKS

Continuation of FD-302 of (U) To Document the Post-Arrest Interview of Bradley Wayne Weeks, On 01/21/2021, Page 4 of 4

interview, have each been affixed as Physical and/or Digital 1A attachments to this FD-302.

**AGENT NOTE:** WEEKS' cellular telephonic device was submitted to the FBI - Jacksonville Computer Analysis Response Team (C.A.R.T.); who completed a full digital download. Upon completion of the extraction, the phone was returned to WEEKS. An FD-597 Receipt for Property Returned To form was completed.

UNCLASSIFIED//FOUO