# COMPOSITE EXHIBIT 6

Have fun in Jail
with the mexicans
HA HA! iN Jail!!
Make Black friends
Also he! he!
White boys in Jail
= Basketball Sized B-Holes
🏀 ⃝= Swish!
enjoy the food!
go Trump. you
Antifa

FT MYERS FL 330
24 MAR 2021 PM 2 L

Bradley Weeks
8772 poplar st
Macclenny Fl 32063


FOREVER / USA



Congratulations on being the **Stupid 'Whiskey Tango' of the Decade**. You are a such a stupid mother fucker to attack the our nation's Capitol all because you want to believe some stupid lying mother fucking asshole worthless president who lied all of his fucking life and was a draft dodger and stay at home to fuck supermodels instead of going to Vietnam. And that's a leader to you!?!?!?!. You are such a stupid fuck. You are a worthless piece of donkey shit. A FUCKING IDIOT GULLIBLE FUCKWAD. Obviously, your mother and father were probably siblings to give birth to a stupid prick like you. If by chance you girlfriend or wife is pregnant,-please tell them to get an abortion.

Well,-welcome to the juggernaut of the US government,-they gonna get you and that old stupid fucker Trump ain't gonna do nothing for you because you are nothing but some stupid white-trash to him! Like you had something in common with a so-called billionaire. He'll go back to fucking whores and porn stars while you're lock up in prison. Don't drop any soap when you're taking a shower!!! You'll be lucky if you get less than 30 years in the federal penitentiary. And guess what?! YOU CAN'T FUCKING VOTE ANYMORE!!!! you stupid fucking moron. If Republicans are gonna loose elections it's because their voters are in prison. And you're right about the Feds taking guns away because ... you are A FELON NOW and you can't even own a fucking BB gun you stupid fuck! If by chance you do get a hold of a firearm, please please please, take the barrel and put it in your mouth and PULL THE TRIGGER!!! For the pain you caused the nation and fellow Americans.

**The last thing we need in this world is stupid pricks like you living in the world.**



Bradley Weeks
8772 Poplar Street
MacClenny, Florida 32063

Illuminati de San Louie
5120 Sterling Lane
Centreville, Illinois 62207

SAINT LOUIS MO
1 FEB 2021 PM 10 L