IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                  Case No.: 1:21-cr-000247-JDB-1

BRADLEY WAYNE WEEKS,

    **Defendant.**

_____

## DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TRAVEL RESTRICTIONS

Defendant, Bradley Wayne Weeks, by and through undersigned counsel, hereby moves this Honorable Court for its Order enlarging Defendant's travel restrictions so that he may have additional time to travel to attend his resentencing, scheduled for October 29, 2024, at 2:00 p.m. In support thereof, Defendant states:

1. Following the vacatur of Defendant's conviction for Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2, this Court has scheduled Defendant for resentencing on October 29, 2024, at 2:00 p.m.

2. Defendant is currently on supervised release, with location monitoring, and absent a Court Order enlarging his travel restrictions, Defendant's probation officer is requiring Defendant to leave the day before his scheduled hearing and immediately return thereafter.

3. Defendant desires more time than is being authorized by his probation officer to travel from Baker County, Florida, to Washington, D.C. as he is traveling by vehicle with his wife. Defendant's wife suffers from Factor V Leiden, a blood disease that creates blood clots. As she is at high risk for blood clots, she cannot remain sedentary for more than two (2) hours, requiring frequent stops for her to stand and walk around to keep her blood circulating properly. She also suffers from Rheumatoid Arthritis and Fibromyalgia which requires short stops every couple of

hours to avoid pain associated with prolonged sitting.

4. Without any stops for fuel, bathroom or food, the drive is approximately 11 hours. With such stops, the drive approximates 14-15 hours. These estimates are without regard to any traffic delays that be experienced in the Northern Virginia/Washington, D.C. area. Defendant proposes the following travel schedule for the Court in the hope that the Court will approve such travel:

(a) Defendant desires to depart on October 27, 2024, where he will stay at a Tru by Hilton at 2055 Cedar Creek Road, Fayetteville, North Carolina 28312 (phone: (910) 475-1570);

(b) On October 28, 2024, Defendant would proceed to travel to Washington, D.C., staying at the Hilton Garden Inn, 1225 First Street NE, Washington, D.C. 20002 (phone: (202) 408-4870); and

(c) On October 29, 2024, following his resentencing hearing, Defendant would travel to Roanoke Rapids, North Carolina, and stay at the Hampton Inn, 85 Hampton Blvd., Roanoke Rapids, North Carolina 27870 (phone: (252) 537-7555), before returning home on October 30, 2024.

5. Additionally, Defendant's probation officer is requiring Defendant to provide, in advance, notification of when and where Defendant will be taking bathroom breaks, refueling, eating, and meetings with his attorney. Given the unpredictable nature of travel on I-95, particularly around the Northern Virginia/Washington, D.C. area, it is extremely difficult, if not impossible, for Defendant to provide advanced information on the location and times for such breaks.

6. Defendant's request to enlarge his travel restrictions is reasonable and under the

circumstances, quite frankly, is necessary. Defendant is seeking to travel from Baker County, Florida, to Washington, D.C. for a required hearing and return home in the span of three (3) days. Defendant will advise his probation officer of his stops en route to Washington, D.C. and upon his return home to his probation officer as they occur.

7.  Undersigned counsel has conferred with Assistant United States Attorney Jamie Carter and is authorized to represent that the Government does not oppose the relief requested herein.

WHEREFORE, Defendant, Bradley Wayne Weeks, respectfully requests that this Honorable Court enter its Order authorizing Defendant to travel to Washington, D.C. for his resentencing hearing in accordance with the schedule set forth above.

Respectfully submitted,

*/s/ Matthew R. Kachergus*
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Hannah B. Dunathan, Esquire
Florida Bar No.: 1058025
Sheppard, White, Kachergus, & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>   Jamie Carter, Assistant U.S. Attorney
>   Kathryn E. Fifield, Trial Attorney
>   U.S. Department of Justice
>   U.S. Attorney's Office for the District of Columbia
>   555 Fourth Street, NW
>   Washington, DC 20530

*/s/ Matthew R. Kachergus*
ATTORNEY

4