IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.  Case No.: 1:21-cr-000247-JDB-1

**BRADLEY WAYNE WEEKS,**

**Defendant.**

_____

## DEFENDANT'S SECOND UNOPPOSED MOTION
## TO ENLARGE TRAVEL RESTRICTIONS

Defendant, Bradley Wayne Weeks, by and through undersigned counsel, hereby moves this Honorable Court for its Order enlarging Defendant's travel restrictions so that he may travel to North Georgia for work from January 2, 2025, through January 4, 2025. In support thereof, Defendant states:

1. At Defendant's resentencing following the vacatur of Defendant's conviction for Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2, the Court resentenced Defendant to 10 months incarceration (already served), followed by nine months supervised release with home detention and location monitoring. Such term of supervised release is set to expire on or about February 5, 2025.

2. Defendant desires to travel to North Georgia for a photoshoot on January 3, 2025, as a large family is holding a family reunion and would like Mr. Weeks to conduct a photoshoot of the family. Attached hereto as Exhibit 1 is an email from the client soliciting Mr. Weeks to conduct the photoshoot. The photoshoot would be conducted at two locations, *to wit:* 1626 Carman Way, Ranger, Georgia 30734 and at Carter's Lake in Chatsworth, Georgia 30705. If the Court grants this request of Mr. Weeks, he would be traveling to or near Ranger, Georgia on January 2, 2025, conduct the photoshoot on January 3, 2025, and return to his home in Macclenny, Florida

on January 4, 2025. Mr. Weeks has not yet booked travel arrangements as this assignment requires permission from the Court, but should the Court grant this motion, Mr. Weeks would book lodging arrangements and update his Supervised Release Officer with the location where he would be staying for the two nights, as well as update his Pre-Trial Services Officer of his location while in the North Georgia area.

3. Mr. Weeks is currently on supervised release with home detention and location monitoring, and absent a court order enlarging his travel restrictions, Defendant cannot undertake this project without a court order.

4. Mr. Weeks' request to enlarge his travel restrictions is reasonable and given the financial strain placed upon Mr. Weeks from his prosecution, subsequent imprisonment, and attempts to reestablish his business following the same, this photoshoot would provide much needed income to help get him back on his feet financially. Defendant is seeking to travel from Baker County, Florida to North Georgia and will advise his Supervised Release Officer of his stops en route to North Georgia, as well as his location while there and upon his return home as such events occur.

5. Undersigned counsel has conferred with Assistant United States Attorney Jamie Carter and is authorized to represent that the Government does not oppose the relief requested herein.

WHEREFORE, Defendant, Bradley Wayne Weeks, respectfully requests that this Honorable Court enter its Order authorizing Defendant to travel to Ranger, Georgia and Chatsworth, Georgia from January 2, 2025, through January 4, 2025.

Respectfully submitted,

*Matthew R. Kachergus*
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Hannah B. Dunathan, Esquire
Florida Bar No.: 1058025
Sheppard, White, Kachergus, & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> **Jamie Carter, Assistant U.S. Attorney**
> **Kathryn E. Fifield, Trial Attorney**
> **U.S. Department of Justice**
> **U.S. Attorney's Office for the District of Columbia**
> **555 Fourth Street, NW**
> **Washington, DC 20530**

*Matthew R. Kachergus*
ATTORNEY