UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**BRADLEY WAYNE WEEKS,**<br><br>Defendant. | Criminal Action No. 21-0247 (JDB) |

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO ENLARGE TRAVEL RESTRICTIONS**

Upon consideration of [120] defendant's unopposed motion to enlarge travel restrictions, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Weeks is authorized to travel from his home in Macclenny, Florida, to North Georgia in accordance with the following schedule and requirements:

- Weeks may depart his home on January 2, 2025, to travel to North Georgia;
- Weeks is permitted to travel on January 3, 2025, to Chadworth and Ranger, Georgia to perform the scheduled photoshoot, then he shall return to his place of lodging;
- Weeks shall return to Macclenny, Florida on January 4, 2025; and
- Weeks shall advise his Supervised Release Officer and Pre-Trial Services Officer of all his lodging arrangements upon booking, and shall inform those officers upon making all stops for fuel, food, restroom breaks, and rest during his travel.

**SO ORDERED.**

.

/s/
JOHN D. BATES
United States District Judge

Dated: December 11, 2024

1