IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.  Case No.: 1:21-cr-000247-JDB-1

**BRADLEY WAYNE WEEKS,**

    **Defendant.**

_____

### DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE

COMES NOW, Defendant, Bradley Wayne Weeks, by and through undersigned counsel, and pursuant to President Trump's Executive Order pardoning Defendant, as well ass those similarly situated, and hereby moves this Honorable Court for its Order terminating the remaining period of Defendant's supervised release. As grounds in support of this motion, Defendant states:

1. Defendant was charged by Indictment with being in violation of 18 U.S.C. §1512(c)(2), Obstruction of an Official Proceeding and Aiding and Abetting (Count 1), as well as 18 U.S.C. §§1752(a)(1), and (2), Entering and Remaining in a Restricted Building or Grounds (Count 2), and Disorderly and Disruptive Conduct in a Restricted Building or Grounds (Count 3), respectively, 40 U.S.C. §§5104(e)(2)(D) and (G), Violent Entry and Disorderly Conduct in a Capitol Building (Count 4) and Parading, Demonstrating, or Picketing in a Capitol Building (Count 5), respectively.

2. On December 8-9, 2022, Defendant proceeded to a bench trial and was found guilty of all charges.

3. On August 16, 2023, Defendant was sentenced to ten (10) months incarceration on each of Counts 1, 2, and 3, to run concurrently and six (6) months incarceration on Counts 4 and 5, to run concurrently with each other and with Counts 1, 2, and 3. He was also sentenced to terms

of supervised release on Count 1, 2, and 3, including 365 days of home detention.

4. On August 31, 2023, Defendant filed his Notice of Appeal.

5. While Defendant's appeal was pending, the Supreme Court of the United States issued its opinion in *Fischer v. United States*, 603 U.S. 480, 144 S.Ct. 2176 (June 28, 2024).

6. On August 27, 2024, the parties to Defendant's appeal filed their Joint Motion to Govern Further Proceedings, and on September 9, 2024, the District of Columbia Court of Appeals vacated Defendant's conviction for 18 U.S.C. §§1512(c)(2) and (2).

7. At Defendant's resentencing following the vacatur of Defendant's conviction for Obstruction of an Official Proceeding, in violation of 18 U.S.C. §§1512(c)(2) and 2, the Court resentenced Defendant to 10 months incarceration (already served) Counts 2 and 3 and six (6) months incarceration for Counts 4 and 5 (already served) followed by nine (9) months supervised release with home detention and location monitoring. Such term of supervised release is set to expire on or about February 5, 2025.

8. Mr. Weeks is currently on supervised release with home detention and location monitoring.

9. On January 20, 2025, President Trump pardoned 1,500 defendants, including Mr. Weeks, by issuance of a Proclamation Granting Pardons and Commutation of Sentences for Certain Offenses Relating to The Events at or near the United States Capitol on January 6, 2021, a copy of which is attached hereto as Exhibit 1. Pursuant to subparagraph (b) of the Proclamation, President Trump "grant[ed] a full, complete and unconditional pardon to all other individuals (not specifically named for a commutation of sentence) convicted of offenses related to events that occurred at or near the United States Capitol on January 6, 2021."

10. Defendant contacted his Supervised Release Officer yesterday morning and

requested to return the electronic monitoring equipment he is required to utilize in view of President Trump's pardon. Defendant's Supervised Release Officer is requiring a court order before terminating supervision.

11. Undersigned counsel has attempted to contact the Government to inquire as to their position but has yet to receive a response.[1]

WHEREFORE, Defendant, Bradley Wayne Weeks, respectfully requests that this Honorable Court enter its Order terminating Defendant's supervised release.

---

[1] Undersigned counsel did receive an automatic e-mail from Assistant U.S. Trail Attorney Kathryn Fifield that she is out of the office until January 24, 2025.

Respectfully submitted,

/s/ Matthew R. Kachergus
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Camille E. Sheppard, Esquire
Florida Bar No.: 124518
Hannah B. Dunathan, Esquire
Florida Bar No.: 1058025
Sheppard, White, Kachergus, & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@sheppardwhite.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Jamie Carter, Assistant U.S. Attorney**
**Kathryn E. Fifield, Trial Attorney**
**U.S. Department of Justice**
**U.S. Attorney's Office for the District of Columbia**
**555 Fourth Street, NW**
**Washington, DC 20530**

/s/ Matthew R. Kachergus
ATTORNEY