UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-CR-247 (JDB) |
| v. : | |
| : | |
| BRADLEY WAYNE WEEKS, : | |
| : | |
| : | |
| Defendant. : | |

**UNITED STATES'S RESPONSE TO THE COURT'S
MINUTE ORDER OF JANUARY 22, 2025**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, does not object to the court issuing an order to terminate Mr. Weeks' supervised probation.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By:    /s/
Jamie Carter
Assistant United Stats Attorney
D.C. U.S. Attorney's Office
601 D St. NW
Washington, D.C. 20530
Jamie.Carter@usdoj.gov
(202) 252-6741

1