UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY WAYNE WEEKS,<br><br>Defendant. | Criminal Action No. 21-0247 (JDB) |

### ORDER

Before the Court is [122] Bradley Weeks's motion to terminate supervised release. Weeks was pardoned by President Trump on January 20, 2025. See Exec. Order Granting Pardons & Commutation of Sentences for Certain Offenses Relating to the Events at or Near the U.S. Capitol on Jan. 6, 2021 (Jan. 20, 2025). Probation and the government agree that no court order is required to terminate a pardoned defendant's supervised release because the pardon itself terminates his supervised release. See United States' Second Resp. to the Court's Minute Order of Jan. 22, 2025 [ECF No. 124].[1] It is therefore **ORDERED** that [122] Week's motion for termination of supervised release is **DENIED AS MOOT**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: January 24, 2025

---

[1] Probation informed the Court of its position on the issue via email.

1